UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEANAH DIXON, TONEY A. WHITE,<br><br>　　　　　Plaintiffs,<br>v.<br><br>ROBERT JARRETT, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01692-APG-DJA<br><br>ORDER GRANTING VOLUNTARY DISMISSAL<br><br>[ECF No. 7] |

　　　The plaintiffs' joint motion to voluntarily dismiss this case **(ECF No. 7) is granted**.  All pending motions **(ECF Nos. 1, 2, 4, 5, 6) are denied** without prejudice.  The clerk of the court is directed to close this file.

　　　DATED THIS 7th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE